994 So.2d 923 (2008)
Ex parte D.G.
(In re D.G.
v.
State of Alabama).
1070892.
Supreme Court of Alabama.
May 23, 2008.
Tobie J. Smith, Legal Aid Society of Birmingham, Birmingham, for appellant.
Submitted on petitioner's brief only.
LYONS, Justice.
WRIT DENIED.
SEE, WOODALL, STUART, SMITH, BOLIN, and PARKER, JJ., concur.
COBB, C.J., and MURDOCK, J., dissent.
MURDOCK, Justice (dissenting).
I respectfully dissent. As I submitted in my special writing in Ex parte Soto, 991 So.2d 691, 697 (Ala.2008) (Murdock, J., concurring specially): "Structurally, syntactically, and grammatically, § 13A-10-15(a), Ala.Code 1975, is nonsensical."
COBB, C.J., concurs.